UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

United States of America
           Plaintiff,           Case No. 2:15-cr-9

v.                                HON. ROBERT HOLMES BELL

Kevin Leonard Houle

           Defendant.
                                /

## ORDER OF DETENTION

      Defendant appeared before the undersigned on June 15, 2015, for an initial appearance and arraignment on an indictment charging Felon in Possession of Firearm and Felon in Possession of Ammunition, in violation of 18:922(g)(1), 18:921(a), 18:924(a)(2), 18:924(e). The government requested detention and the defendant is currently serving a sentence on state court charges. Counsel for defendant indicated that there may be a possibility of defendant being released for treatment and she was looking into it. Counsel for defendant reserved the right to request a hearing at a later date. Accordingly, defendant shall be detained pending further proceedings.

      IT IS ORDERED

Dated: 6/15/2015                             */s/ Timothy P. Greeley*
                                                 TIMOTHY P. GREELEY
                                                 UNITED STATES MAGISTRATE JUDGE