UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-9 |
| Plaintiff, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| KEVIN LEONARD HOULE, | |
| Defendant. | |
| _____/ | |

## ORDER OF DETENTION

Defendant Kevin Houle appeared before the undersigned on October 20, 2023, for an initial appearance after his arrest on the Probation Petition for Offender Under Supervision. (ECF No. 69.) Houle was advised of his rights and the alleged violations, as required by Fed. R. Crim. P. 32.1. Attorney Beth LaCosse was appointed to represent Houle.

Once Defense counsel has had an opportunity to discuss these violations with Defendant, she will contact the Court to ask for a detention, preliminary or final revocation hearing.

Accordingly, the Court orders Defendant Burden detained pending further proceedings.

IT IS ORDERED.

Date:  October 20, 2023            /s/ *Maarten Vermaat*
                                   MAARTEN VERMAAT
                                   U.S. MAGISTRATE JUDGE